Print this page

# Case # PD-1531-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/11/2015 08:32:06 PM |
| Case Number | PD-1531-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Kelly Smith |
| Firm Name | Kelly Smith |
| Filed By | Kelly Smith |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Kelly Smith |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | 445179 |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/22/2015 11:29:44 AM | The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. |

## Documents

| | | |
|---|---|---|
| *Lead Document* | KP PDR.pdf | [Original] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| kelly smith kelly.a.smith.06@gmail.com | Kelly Smith | EServe | Sent | Yes | Not Opened |
| Alan Curry curry_alan@dao.hctx.net | | EServe | Sent | Yes | 01/12/2015 09:05:23 AM |
| Lisa McMinn Lisa.McMinn@SPA.texas.gov | | EServe | Sent | Yes | 01/12/2015 10:45:52 AM |

---

## Motion - Extension of Time - PDR

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Motion - Extension of Time - PDR |
| Filing Description | Motion - Extension of Time - PDR |
| Reference Number | 445180 |
| Comments | |
| Status | Accepted |
| Accepted Date | 2015-01-22 17:34:22 UTC |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Documents

| | | | |
|---|---|---|---|
| *Lead Document* | phan extension pdr.pdf | [Original] | [Transmitted] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| kelly smith kelly.a.smith.06@gmail.com | Kelly Smith | EServe | Sent | Yes | Not Opened |
| Alan Curry curry_alan@dao.hctx.net | | EServe | Sent | Yes | 01/12/2015 09:42:53 AM |
| Lisa McMinn | | | | | 01/12/2015 |

Lisa.McMinn@SPA.texas.gov          EServe          Sent          Yes          10:47:11 AM